# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON ANDERSON, | 1:09-cv-01050 YNP SMS (PC) |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| BRIAN PHILLIPS, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1). This action proceeds on the complaint filed June 8, 2009. The Court has screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against Defendants Phillips and Myers for interfering with Plaintiff's exercise of his religious belief, in violation of the First Amendment. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 551 U.S. 89, 92 (2007); Alvarez v. Hill, 518 F.3d 1152 (9th Cir. 2008). Specifically, Plaintiff alleges that he was authorized Kosher meals, and he was denied that request by Defendants Phillips and Myers, without penological justification. Accordingly, it is HEREBY ORDERED that:

   1.   Service is appropriate for the following defendants:

   CHAPLAIN BRIAN PHILLIPS

   COMMUNITY RESOURCE MANAGER W. K. MYERS

1

2. The Clerk of the Court shall send Plaintiff two USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed June 8, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Three (3) copies of the endorsed complaint filed June 8, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   March 17, 2010**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE