IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON ANDERSON, | 1:09-cv-01050-LJO-MJS (PC) |
| Plaintiff, | ORDER GRANTING EX PARTE APPLICATION FOR A 60 DAY EXTENSION OF TIME FROM THE CURRENT DISCOVERY AND DISPOSITIVE MOTION DEADLINES |
| vs. | |
| BRIAN PHILLIPS, et al., | |
| Defendants. | (ECF No. 27) |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 1, 2011, Defendants Brian Phillips and Wendy Myers filed an ex parte application for extension of time from the current discovery and dispositive motion deadlines. (ECF No. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

The deadline for completion of all discovery, including filing of motions to compel, is reset to May 3, 2011 and the deadline for filing of pretrial dispositive motions is reset to August 15, 2011.

IT IS SO ORDERED.

Dated: ___March 4, 2011___          ___/s/ Michael J. Seng___

UNITED STATES MAGISTRATE JUDGE